# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NANCY MELCHER, | ) Case No.: 2:10-CV-01717-CMR |
| Plaintiff, | ) |
| v. | ) (Unlawful Debt Collection Practices) |
| ALW SOURCING, LLC, | ) |
| Defendant. | ) |

### NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the above-captioned case has been DISMISSED with prejudice.

 /s/ Craig Thor Kimmel
Craig Thor Kimmel, Esquire
Kimmel & Silverman, PC
30 East Butler Pike
Ambler, PA 19002

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of May 2010, that a copy of the aforegoing Notice of Voluntary Dismissal was e-filed and sent by regular mail to:

Nicole M. Barrett, Esq.
Sessions, Fishman, Nathan & Israel, LLC
55 West Monroe St., Suite 1120
Chicago, IL 60603-5130

          /s/ Craig Thor Kimmel
Attorney for Plaintiff
Craig Thor Kimmel, Esquire
Kimmel & Silverman, PC
30 East Butler Pike
Ambler, PA 19002